

1
2
3
4
5
6
7

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>KENT THOMAS ZIMMER,<br><br>Debtor. | Chapter 7<br><br>BK. No. 8:09-18916ES<br><br>Adv. No. 8:09-01774ES |
| KOREN BARRETT,<br><br>Plaintiff,<br><br>v.<br><br>KENT THOMAS ZIMMER,<br>STACIE LOUISE ZIMMER,<br><br>Defendants. | ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>Date:  March 16, 2010<br>Time:  2:00 p.m.<br>Place:  Courtroom 5A |

The Court conducted a hearing on the "Motion For Dismissal Pursuant To Federal Rule Of Civil Procedure § 12(b)(6) and Motion For More Definite Statement Pursuant to Federal Rule of Civil Procedure § 12(e)", (the "Motion") at the above-captioned time and place. Appearances were made as noted on the court's record. The moving party has failed to lodge an order pursuant to Local Bankruptcy Rule 9021-1(1)(a). Based upon the evidence presented, it is

ORDERED that the Motion is granted. *on the terms stated at the hearing.*

DATED: 8/13/10

ERITHE A. SMITH
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF@)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of
, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

ustpregion16.sa.ecf@usdoj.gov
attorneygary@gmail.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Koren Barrett
505 Larkspur
Corona Del Mar, CA 92625

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page